# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INC AUTHORITY, LLC, | Case No. 25-CV-3255 (NEB/SGE) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| DELUXE SMALL BUSINESS SALES, INC., and HOSTOPIA d/b/a Deluxe d/b/a Hostpapa, | |
| Defendants. | |

The Court has received the October 24, 2025 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins. (ECF No. 32.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 32) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge